# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00486-RJC-DSC

| | |
|---|---|
| **PEERLESS INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MARK FARBMAN et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motions for Admission *Pro Hac Vice* and Affidavit[s] [for Matthew O. Sitzer and Benjamin E. Sedrish]" (documents ##8-9) filed November 27, 2019. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: November 29, 2019

_____
David S. Cayer
United States Magistrate Judge