UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00486-RJC-DSC

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK FARBMAN and MARK FARBMAN ) <br> PA, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 3:19-cv-00486-RJC-DSC |
| PEERLESS INSURANCE COMPANY and ) <br> OHIO CASUALTY INSURANCE ) <br> COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LAW OFFICES OF JASON E. TAYLOR ) <br> P.C. and JASON E. TAYLOR, ) <br> ) <br> Defendants. ) | Civil Action No.: 5:19-cv-00126-KDB-DSC (Lead Case) |

ORDER GRANTING CONSOLIDATION OF CASES

THIS MATTER comes before the Court on the parties' Consent Motion to Consolidate Actions. (Doc. No. 14.) For good cause shown, this Motion is **GRANTED**, and Civil Action No. 5:19-cv-00126-KDB-DSC is designated the lead case.

**IT IS THEREFORE ORDERED** that these cases be consolidated into 5:19-cv-00126-KDB-DSC.

Signed: January 23, 2020

Robert J. Conrad, Jr.
United States District Judge